UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 20-CR-01302-LAB |
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) ) | |
| JOHNATHAN HULA SATELE, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  August 21, 2020

_____
HONORABLE LARRY ALAN BURNS
Chief United States District Judge